IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **CHARLES ZVONEK,**<br>**Plaintiff**<br><br>v.<br><br>**POLICE OFFICER BRANDON WALTERS, in his individual and official capacities; DICKSON CITY POLICE DEPARTMENT; DICKSON CITY; and DEBRA BARTHOLD,**<br>**Defendants** | No. 3:20cv1185<br><br>(Judge Munley) |

## ORDER

**AND NOW**, to wit, this 23rd day of February 2024, it is hereby **ORDERED** as follows:

1) The motion to dismiss filed by Defendants Police Officer Brandon Walters, Dickson City Police Department and Dickson City (Doc. 11) is hereby **DENIED**;

2) The motion to dismiss filed by Defendant Debra Barthold is **GRANTED** with respect to Count V – Conspiracy to Violate Civil Rights, under 42 U.S.C. § 1985 and **DENIED** in all other respects; and

3) Pursuant to plaintiff's consent, the following claims are **DISMISSED** against Defendants Police Officer Brandon Walters, Dickson City Police Department, and Dickson City: abuse of process; municipal liability under

Monell, including failure to supervise and train; claims against Defendant Walters in his "official" capacity; declaratory relief; claims for injunctive and prospective relief; section 1985 conspiracy; and

    4) Also pursuant to plaintiff's consent, the punitive damages claims against Dickson City and the Dickson City Police Department are **DISMISSED**.

BY THE COURT:

_____
JUDGE JULIA K. MUNLEY
United States District Court