## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

CHARLES ZVONEK,           :     No. 3:20cv1185
          **Plaintiff**    :
                 :     **(Judge Munley)**
                 :
        **v.**              :
                 :
**POLICE OFFICER BRANDON**    :
**WALTERS, in his individual and**    :
**official capacities; DICKSON CITY**    :
**POLICE DEPARTMENT; DICKSON**    :
**CITY; and  DEBRA BARTHOLD,**    :
          **Defendants**    :

## ORDER

**AND NOW**, to wit, this 23rd day of February 2024, it is hereby **ORDERED** as follows:

1)  The motion for summary judgment filed by Dickson City, Dickson City Police Department and Brandon Walters (Doc. 61) is **GRANTED**;

2) The motion for summary judgment filed by Debra Barthold (Doc. 64) is **GRANTED**;

3) The Clerk of Court is directed to enter judgment in favor of the defendants and against the plaintiff; and

4) The Clerk of Court is further directed to close this case.

BY THE COURT:

_____

JUDGE JULIA K. MUNLEY
United States District Court